IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT EUGENE ALLEN**                                                              **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 1:14-cv-414-HSO-JCG**

**STATE OF MISSISSIPPI, ET AL.**                                                **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte*. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE